# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>Antonio F. Belda<br><br>*Defendant(s)* | Case No.<br>22-mj-106 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 27, 2022** in the county of **East Baton Rouge Parish** in the **Middle** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(b) | Possession of Child Pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Alexander Prejean, HSI
*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by **telephone** *(specify reliable electronic means).*

Date: 09/30/2022

*Judge's signature*

City and state: Baton Rouge, LA

Scott D. Johnson, U.S. Magistrate Judge
*Printed name and title*

USA Sealed Group, USM, and USPO

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
IN THE MATTER OF ANTONIO BELDA

I, Alexander Prejean, Special Agent (SA) of the United States Department of Homeland Security (DHS), Homeland Security Investigations (HSI), being duly sworn, do hereby depose and state under oath that:

INTRODUCTION AND AGENT QUALIFICATIONS

1. I make this affidavit in support of an arrest warrant and a criminal complaint charging **Antonio Felipe Belda** ("BELDA"), date of birth August 12, 1985, and social security number 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, with possession of child pornography in violation of 18 U.S.C. § 2252A(a)(5)(b)

2. I, Alexander Prejean, have been employed as a Special Agent with Homeland Security Investigations, Baton Rouge, Louisiana (HSI/BT) since November of 2020. During my career as an HSI Special Agent I successfully completed the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC), which constituted approximately 480 hours of investigative training, and approximately 240 additional training hours during Homeland Security Investigations Special Agent Training (HSISAT).

3. The information contained herein is based upon my own investigation as well as information supplied to me by other law enforcement officers. I have not included all facts known to me concerning this matter, but only the facts necessary to set forth probable cause.

4.      Based on my training, experience, and the facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 2252A(a)(5)(b) have been committed by **BELDA**.

## PROBABLE CAUSE

1.      On September 6, 2022, Sergeant Allison Garafola of the East Baton Rouge Parish Sheriff's Office (EBRSO), currently assigned to the Louisiana Bureau of Investigation (LBI) Cyber Crime Unit, reviewed a complaint from the National Center for Missing and Exploited Children (NCMEC) that was produced by Google, LLC. The images contained within the NCMEC report were described as forty-eight (48) images of prepubescent females being sexually assaulted and posing in sexually explicit poses exposing their genitalia.

2.      The Google account user information contained in the NCMEC report was reported as follows:

   a. Email Address – tbelda@gmail.com (verified)

   b. Email Address - Antonio.f.belda@uth.tmc.edu

   c. Username – Tony Belda

   d. Date of Birth – 08/12/1985

   e. Phone – 718-730-5601 (verified)

3.      The NCMEC report notes that the IP Address associated with the Google complaint is 2600:1700:a91:99df:dd57:6e1f:f472:768c. The IP address was used to log into the aforementioned Google account on August 27, 2022 at 16:15:04 UTC. The same IP address was also used to upload images on various dates to include August 27, 2022, at 01:46:26 UTC.

4.  The aforementioned IP address is registered to AT&T U-Verse and is leased to a subscriber within the boundaries of Louisiana.

5.  On September 6, 2022, EBRSO Sergeant Allison Garafola obtained a search warrant for the Google email address of "tbelda@gmail.com".

6.  On September 7, 2022, EBRSO Sergeant Allison Garafola received the Google search warrant return for the aforementioned email address. The information provided is as follows:

   a. Google Account ID: 103254257664

   b. Name: Tony Belda

   c. Given Name: Tony

   d. Family Name: Belda

   e. Email: tbelda@gmail.com

   f. Alternate Emails:

   g. Created on: 2004-12-26 09:59:29 Z

   h. Terms of Service IP: 70.28.247.177

   i. Terms of Service Language:

   j. Birthday (Month Day, Year): August 12, 1985

   k. End of Service Date: 2022-08-29 03:33:20 Z

   l. Status: Disabled

   m. Last Updated Date: 2022-08-29 03:33:21 Z

   n. Last Logins: 2022-08-29 02:43:18 Z, 2022-08-29 00:52:33 Z, 2022-08-28 21:52:30 Z

   o. Recovery Email: Antonio.f.belda@uth.tmc.edu

    p.   Recovery SMS: +17187305601 [US]

    q.   User Phone Numbers: +17187305601 [US], +17187305601

    r.   2-Step Verification Phone Numbers: +17187305601 [US]

7. Google Billing Customer Overview shows the following information:

    a.   Name: Antonio Belda

    b.   Customer Type: INDIVIDUAL

    c.   Entity ID: 1092723493301037448

8. On September 26, 2022, EBRSO Sergeant Allison Garafola received a subpoena return from AT&T U-Verse containing subscriber information for the IP Address associated with the NCMEC complaint. The Subscriber information is as follows:

    a.   Account Number: 314169556

    b.   Account Name: TONY BELDA

    c.   Billing Address: 1656 BELMONT AVE, BATON ROUGE, LA 70808

9. On September 26, 2022, EBRSO Sergeant Allison Garafola obtained a search warrant for the **BELDA** residence, 1656 Belmont Avenue, Baton Rouge, LA 70808

10. On September 28, 2022, the LBI, EBRSO, and HSI/BT executed the state search warrant at the **BELDA** residence. During the execution of the search warrant, LBI Agents seized a 500 gigabyte (GB) Hitachi external hard drive (S/N:ZFL6FT58) from the residence. The hard drive was seized from an **BELDA's** office on the second floor of the residence.

11.     LBI and HSI computer forensic analysts performed an on-scene preview of the Hitachi hard drive. LBI computer forensic analysts observed over 180 files of child sexual abuse material (CSAM) in a single folder on the hard drive. The images depicted prepubescent females exposing their genitalia in sexually provocative poses. It is of further note that the hard drive contained over 300,000 various images and that the 180 images of CSAM were in a single folder.

12.     On September 30, 2022, I reviewed digital evidence seized by the LBI from the same Hitachi 500gb hard drive. I observed eight (8) separate folders within the hard drive containing a total of 182 images of CSAM. The images were of prepubescent females posing nude in various sexually provocative positions with breasts and vaginal areas exposed. The folders appeared to be organized by individual, in that the folders appeared to be "sets" of images of the same individual. Some of the files showed multiple female children within the same image posing together with their vaginal areas and breasts clearly exposed to the camera.

13.     The images that were viewed from the hard drive all depicted female individuals that appeared to be under twelve (12) years of age. The individual's facial features, lack of pubic hair, lack of breast development, and overall body size would be generally consistent with that of a child approximately six (6) to twelve (12) years of age. All the CSAM image files were of prepubescent females in the same approximate age range.

14.     All evidence seized and all information gathered during the course of the investigation identified Antonio **BELDA** as the possessor of the child pornography. All

identifying marks, i.e. names, aliases, phone numbers and emails, were consistent with the subject, Antonio **BELDA**.

## CONCLUSION

1. Based upon the foregoing facts, I respectfully submit that there is probable cause to believe that Antonio **BELDA**, knowingly possessed child pornography in violation of 18 U.S.C. § 2252A(a)(5)(b).

2. I hereby swear that the information contained in this affidavit is true and correct to the best of my knowledge.

Respectfully submitted,

_____
Alexander Prejean, Special Agent
Homeland Security Investigations

**Affidavit submitted by email/.pdf and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on** 9/30/2022 .

_____
HONORABLE SCOTT D. JOHNSON
UNITED STATES MAGISTRATE JUDGE