# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | |
| *versus* | : | CRIMINAL NO. 22-92-JWD-RLB |
| | : | |
| ANTONIO FELIPE BELDA | : | |
| a.k.a. "Tony Belda" | : | |

## GOVERNMENT'S RESPONSE IN OPPOSITION
## TO DEFENDANT'S MOTION TO CONINUE RE-ARRAIGNMENT

The United States of America, by and through undersigned counsel, files its response in opposition to Defendant Antonio Felipe Belda's Motion to Continue Re-Arraignment. R. Doc. 58. The Defendant has been granted numerous accommodations while he has remained on bond since: (i) his initial appearance on his Criminal Complaint on October 4, 2022; and (ii) his initial appearance on his indictment on November 10, 2022. Essentially, the Defendant was released with conditions approximately two years and two months ago, and he has been permitted to modify his conditions (unopposed) throughout this time period. R. Docs. 5, 7, 15, 17, 26.

The Defendant properly acknowledges that the crime for which he is accused—possession of child pornography—is a "crime of violence" within the meaning of 18 U.S.C. § 3142 and therefore qualifies for mandatory detention under 18 U.S.C. § 3143(a)(2). R. Doc. 58, at 2. Remarkably, however, the Defendant fails to bring to the Court's attention in his motion that he is under investigation for violations of his pretrial release—despite this serious crime. The potential violations—which are discussed in separate pleadings—clearly support

1

the Government's position to deny the Defendant's request to remain out on bond and continue the re-arraignment for months.

The Court should therefore deny the motion, and the Defendant should be present at his Re-Arraignment on November 20, 2024, as previously ordered by the Court.

                                  UNITED STATES OF AMERICA, by

                                  RONALD C. GATHE, JR.
                                  UNITED STATES ATTORNEY

                                  <u>/s/ Edward H. Warner</u>
                                  Edward H. Warner, LBN 35580
                                  Assistant United States Attorney
                                  777 Florida Street
                                  Baton Rouge, Louisiana 70801
                                  Telephone: (225) 389-0443
                                  Fax: (225) 389-0561
                                  E-mail: edward.warner@usdoj.gov