UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                           CRIMINAL NO. 22-92-JWD-RLB

VERSUS                                             JUDGE JOHN W. DEGRAVELLES

ANTONIO FELIPE BELDA
a.k.a. "Tony Belda"

### DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE IN OPPOSITION TO MOTION TO CONTINUE RE-ARRAIGNMENT

**NOW INTO COURT**, comes **ANTONIO FELIPE BELDA**, through undersigned counsel, who respectfully submits this reply to the *Government's Response in Opposition to Defendant's Motion to Coninue* [sic] *Re-Arraignment*. Rec. Doc. 60. Undersigned counsels of record strongly contest the government's characterization that the previous filing in any way was intended to mislead this Court about a purported investigation into Mr. BELDA. In fact, the undersigned directly quoted the Assistant U.S. Attorney's intention to file a motion to revoke Mr. BELDA's pretrial release in its previous pleading. Rec. Doc. at 58 at p. 3.

Since the government has lodged such a nefarious allegation at defense counsels, the Court should be made privy to the underlying events preceding Mr. BELDA's decision to enter into a signed plea agreement. Late last month, the government advised defense counsel that unless Mr. BELDA entered into a signed plea agreement by an arbitrarily imposed and extremely short deadline (within a few hours[1]) that it would file a motion to revoke his bond and cause an arrest to issue based on potential allegations of violation of Mr. BELDA's pretrial supervision. One can only assume that the government now takes the position that Mr. BELDA is a danger to the community and/or a flight risk. Assuming, arguendo, the government takes that position, it

---

[1] It is important to note that the government's arbitrary and short deadline was imposed with the knowledge that one of Mr. BELDA's counsel had previously scheduled travel arrangements, while another member of the defense was unavailable due to a family member's hospitalization.

would also have to take the position that Mr. BELDA was a danger and/or flight risk two weeks before he signed his plea agreement. Remarkably, the government did not seek Mr. BELDA's arrest and revocation at that time, which would presumably protect public safety.

The plea agreement includes a clause whereby the government agrees to not seek additional criminal charges against Mr. BELDA related to this matter. It is disingenuous for the government to argue that Mr. BELDA is not entitled to a continuance when the government had already agreed to not move for a revocation of his bond or to seek additional charges as long as Mr. BELDA entered into a plea agreement, which he did two weeks ago. Worth noting, Mr. BELDA is not trying to withdraw from a plea agreement where he intends to plead guilty. Defense counsel is simply trying to secure Mr. BELDA's attendance to a gravely important medical procedure for his 18 month old son.

**RESPECTFULLY SUBMITTED,**

**s/ David J. Rozas**
David J. Rozas
Bar Roll No. 29505
**ROZAS AND ASSOCIATES, LLC**
7697 Office Park Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 478-1111
Facsimile: (225) 246-7005
E-mail: david@rozaslaw.com

**s/ Eric H. Hayes**
Eric H. Hayes
Bar Roll Number: 39208
**ROZAS AND ASSOCIATES, LLC**
7967 Office Park Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 478-1111
Facsimile: (225) 246-7005
E-mail: eric@rozaslaw.com

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 22-92-JWD-RLB** |
| **VERSUS** | **JUDGE JOHN W. DEGRAVELLES** |
| **ANTONIO FELIPE BELDA**<br>a.k.a. "Tony Belda" | |

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2024, a copy of the foregoing *Defendant's Reply to Government's Opposition to Motion to Continue Re-arraignment* was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the Assistant United States Attorney of record in this matter by operation of the court's electronic filing system.

                                                s/Eric H. Hayes
                                                Eric H. Hayes